USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 15 APR 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
2006 FRANK CALANDRA, JR. IRREVOCABLE           :
TRUST; ET AL.,

                      Plaintiffs,        :

                                 :        <u>ORDER</u>

          - against -           :        09-cv-8526 (GBD)

                                 :

SIGNATURE BANK CORPORATION AND          :
CUSHNER & GARVEY, LLP,
                                 :
                                 :
                    Defendants.       :
------------------------------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

    That portion of Defendant Signature Bank's summary judgment motion to dismiss the claim of breach of covenant of good faith and fair dealing is granted. Defendant Signature Bank's summary judgment motion is denied in all other respects.

    Plaintiff's motion to dismiss defendant Signature Bank's counterclaims is granted.

Dated: New York, New York
April 14, 2010

                                          SO ORDERED:

                                        *George B. Daniels* (signature)
                                          _____
                                          GEORGE B. DANIELS
                                          United States District Judge